# Court of Appeals
# of the State of Georgia

ATLANTA, October 04, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0397.  VINCENT STEWART WHITAKER v. THE STATE.**

After a bench trial, Vincent Stewart Whitaker was convicted of family violence simple battery and three counts of cruelty to children.  Whitaker filed a motion for new trial, and the trial court denied the motion as to the simple battery charge but granted the motion as to the remaining counts. Whitaker thereafter filed his notice of appeal.  We, however, lack jurisdiction.

The order granting in part and denying in part the motion for new trial is not a final judgment within the meaning of OCGA § 5-6-34 (a) (1). *MTW Investment Company v. Alcovy Properties, Inc.*, 223 Ga. App. 230, 231 (447 SE2d 395) (1996); *Rockdale Awning &c. Co. v. Kerbow*, 210 Ga. App. 119, 121 (2) (435 SE2d 619) (1993). The order is thus interlocutory, and the appeal from such an order requires compliance with the interlocutory appeal procedure of OCGA § 5-6-34 (b). Because Whitaker failed to follow this procedure, this Court lacks jurisdiction to consider his appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 10/04/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*, Clerk.